

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-20-00046-CV

CERPANGHA COMMERCIAL GROUP, INC., Appellant

V.

BANCORPSOUTH BANK, Appellee

On Appeal from the 5th District Court
Bowie County, Texas
Trial Court No. 18-C-0316-005

Per Curiam

# O R D E R

The Court has been notified that Cerpangha Commercial Group, Inc., the appellant in this matter, filed a voluntary petition for bankruptcy on or about September 18, 2020, in the United States Bankruptcy Court for the Western District of Arkansas under cause number 4:20-bk-72024. Pursuant to the Bankruptcy Code, further action in this appeal is automatically stayed, *see* 11 U.S.C.A. § 362 (West, Westlaw current through P.L. 116-158), and under Rule 8.2 of the Texas Rules of Appellate Procedure, the appeal is suspended, *see* TEX. R. APP. P. 8.2.

Accordingly, this appeal is hereby abated and, for administrative purposes, will be treated as closed. Any party may reinstate the appeal by promptly filing a motion to reinstate including, as an attachment, either a certified copy of an order showing that the automatic bankruptcy stay has been lifted or any other authenticated document demonstrating that reinstatement is permitted by federal law and/or the United States Bankruptcy Court for the Western District of Arkansas. *See* TEX. R. APP. P. 8.3(a). Any party may also move to sever the appeal in accordance with the provisions of Rule 8.3(b) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 8.3(b).

In the event of reinstatement, any period that began to run but had not expired at the time of suspension will begin anew when the appeal is reinstated. Any document filed while the proceeding is suspended will be deemed filed on the same day, but after, the Court reinstates the appeal. TEX. R. APP. P. 8.2, 8.3.

In accordance with Rule 8.2 of the Texas Rules of Appellate Procedure, we suspend this appeal by abating it. *See* TEX. R. APP. P. 8.2.

IT IS SO ORDERED.

BY THE COURT

Date:   September 25, 2020